IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 08-CR-00162-NKL-1 |
| MATTHEW HARKER, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On August 11, 2008, United States Magistrate Judge Robert Larsen issued a Report and Recommendation ("Report") recommending that this Court enter an order finding the defendant incompetent to stand trial.

The defendant objected to the Report "insofar as the [Report] states ' . . . defendant moved for a judicial determination of mental incompetency.'" [Doc. # 33.] The defendant offers no argument as to how this clerical error contradicts the evidence upon which the Report is based, or how it undermines the ultimate recommendation of the Report.[1]

After a *de novo* review of the record, the Court is convinced that the recommendation of the Magistrate is correct and should be adopted.

---

[1] The defendant opposed the motion for psychiatric examination on the sole basis that he had been examined previously by the State of Nebraska. [Doc. # 16.]

Accordingly, it is hereby

ORDERED that the Magistrate's Report [Doc. # 32] is ADOPTED.

      s/ NANETTE K. LAUGHREY
      **NANETTE K. LAUGHREY**
      **United States District Judge**

Dated: September 2, 2008
      Jefferson City, Missouri